**Order entered February 26, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01083-CV

## MICHAEL D. HEATLEY, HEATLEY CAPITAL CORPORATION, AND HC DEVELOPERS, LLC, Appellants

### V.

## RED OAK 86, LP. AND CHARLES JOHNSON, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-09010**

## ORDER

On February 6, 2019, we ordered court reporter Vielica Dobbins to file, no later than February 19, 2019, either the reporter's record or written verification no hearings were recorded or appellants had not paid or made arrangements to pay for the record. Ms. Dobbins has responded by asking for an extension until March 25, 2019 to file the record.

We **GRANT** the extension and **ORDER** the reporter's record be filed no later than March 25, 2019. Because the record was first due October 27, 2018, we caution Ms. Dobbins that extension requests will be disfavored.

/s/    KEN MOLBERG
         JUSTICE